SHAWN N. ANDERSON
United States Attorney
BELINDA ALCANTARA
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 14-00052 |
| Plaintiff, | |
| vs. | **GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT** |
| ZHIZHONG ZHENG, | |
| Defendant. | |

COMES NOW the United States and adopts the findings of the Draft Presentence Investigation Report (PSR) filed on July 12, 2018 (ECF 43) with the following exceptions for clarification purposes:

A. Forfeiture

1. The PSR section, "Charge(s) and Conviction(s), Paragraph 8, should include a reference to the $4,235 money judgment forfeiture as agreed to in the Amended Plea Agreement, paragraph 2(d)(1) and 2(e) (ECF 17). Defendant agrees that he has obtained at least $4,235 in proceeds from the offense of conviction. Defendant agrees that the money judgment constitutes property used in a transaction or attempted transaction, to commit, or to facilitate the commission

of or are proceeds traceable to a violation of 7 U.S.C. §2024(b), and constitute or are derived from proceeds traceable to a violation of 7 U.S.C. §2024(b).

2. The basis for the forfeiture money judgment of $4,235 agreed to by Defendant in the Amended Plea Agreement, paragraph 2(d)(1) does not include the $1200 referred to in the PSR, paragraph 42, for the reasons stated in the PSR, paragraph 43.

B. Restitution

1. The PSR should reflect that Defendant deposited $2,800 in restitution into the Court Treasury Registry on March 2, 2015, Receipt No. GUX010387. This payment was based on the Order dated February 18, 2015 (ECF 19).

2. In the Victim Impact section, the Government objects to the Supplemental Nutrition Assistance Program (SNAP) card holders named in paragraph 80 who reported "no loss sustained in this case". The PSR should reflect that as a result of the DPHSS' administrative investigation, Supervisor Bernice Borja of the Department of Public Health and Social Services Division of Public Welfare-Bureau of Management Support, Investigation & Recovery Office has information that Supplemental Nutrition Assistance Program (SNAP) card holders named in paragraph 80 paid a total of $3,200.00 in restitution. Based upon information from DPHSS, it appears no additional restitution to SNAP is due from Defendant.

Respectfully submitted this 23rd day of July, 2018.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: \_\_/s/ Belinda Alcantara_____
BELINDA ALCANTARA
Assistant U.S. Attorney