1 David J. Lujan
LUJAN & WOLFF LLP
2 300 DNA Building
238 Archbishop Flores Street
3 Hagåtña, Guam 96910
Telephone   (671) 477-8064
4 Facsimile   (671) 477-5297

5 *Attorneys for Zhi Zhong Zheng*

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| 8 UNITED STATES OF AMERICA, | Criminal Case No.CR 14-00052-001 |
| 9 Plaintiff, | |
| 10 v. | ACCEPTANCE OF RESPONSIBILITY |
| 11 ZHI ZHONG ZHENG, | |
| 12 Defendant. | |

14 I, Zhi Zhong Zheng, declare under penalty of perjury:

15 On February 3, 2015, after reviewing an amended plea agreement and consulting with my attorney about the consequences of entering into a plea agreement, I entered into an Amended Plea Agreement (ECF 17). On February 20, 2015, the Court accepted my plea of guilty (ECF 20). When I signed the plea agreement, I did so knowingly and with the intention that the government and the Court would recognize that I have accepted responsibility for the acts to which I had pled guilty. Subsequent to the entry of my plea, I have sought at all times to be honest and forthright with the government.

24 I declare under penalty of perjury that the foregoing is true and correct. Executed in Hagatna, Guam, July 24, 2018.

_____/s/_____
Zhi Zhong Zheng
*Defendant*