# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: 1:14-cr-00052     DATE: November 14, 2018

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Andrew G. Udelsman     Court Reporter: Veronica Flores
Courtroom Deputy: Carmen B. Santos     Hearing Times: 2:26 - 3:13; 3:29 - 3:32

**APPEARANCES:**

Defendant: Zhizhong Zheng     Attorney: David J. Lujan
   Present   Custody   Bond   P.R.       Present   Retained   FPD   CJA

U.S. Attorney: Belinda C. Alcantara     U.S. Agent: HSI SA Blu Shiroma
U.S. Probation: Jeffrey Ventura
Interpreter: Chung Harrell     Language: Mandarin

**PROCEEDINGS: SENTENCING**

- [55] United States' Motion for Downward Departure <u>granted</u>.
- Defendant sentenced to a probation term of <u>2 years</u>.
- $10,000 Fine ordered (balance of $7,200 to be paid 11/15/2018).
- Forfeiture Money Judgment granted in the amount of $4,235.00.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant to report to USCIS no later than 1/14/2019.
- Defendant shall abide by conditions of release previously imposed.

NOTES: Seated at government table: Bernice Borja, DPHSS
       Seated at defense table: James Brooks