SHAWN N. ANDERSON
United States Attorney
BELINDA ALCANTARA
Assistant U.S. Attorney
U.S. Department of Justice
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334
*Attorneys for the United States of America*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 14-00052 |
| Plaintiff, | |
| vs. | **MOTION TO AMEND FINAL ORDER OF FORFEITURE** |
| ZHIZHONG ZHENG, | |
| Defendant. | |

COMES NOW, the United States of America, by and through its undersigned counsel, and hereby moves that the Court grant its request to amend the Final Order of Forfeiture in this action, and in support states:

On November 20, 2018, the Court issued its Final Order of Forfeiture ("Final Order"). ECF No. 66. The Final Order authorized the United States Marshals Service to deposit the payments on the Money Judgment ($4,235) into the Department of Justice Asset Forfeiture Fund.[1] *Id.* However, U.S. Customs and Border Protection is the agency with final disposition authority over the payments on the Money Judgment. In order for the payments to the transferred to CBP, the United States requests that paragraph 3 of the Final Order be amended to read:

---

[1] Due to an error in the Consolidated Asset Tracking System, the United States provided the Court with a proposed order that erroneously reflected the U.S. Marshals Service as the agency with final disposition authority.

Pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to issue a check in the amount of $4,235, representing the payments on the Money Judgment, to U.S. Customs and Border Protection. U.S. Customs and Border Protection shall be authorized to deposit the check into the Treasury Executive Office Asset Forfeiture Fund ("TEOAFF"), and the United States shall have clear title to such forfeited property.

WHEREFORE, the United States respectfully requests the Court to issue an Order amending the Final Order of Forfeiture to allow the U.S Marshals Service to issue a check representing payment on the Money Judgment to the U.S. Customs and Border Protection.

RESPECTFULLY SUBMITTED this 31st day of May, 2019.

                    SHAWN N. ANDERSON
                    United States Attorney
                    Districts of Guam and the NMI

By:    */s/ Belinda Alcantara*
       BELINDA ALCANTARA
       Assistant U.S. Attorney
       *Attorney for the United States*